**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL SALAS,<br><br>                     Plaintiff,<br><br>          v.<br><br>CAMPBELL,<br><br>                     Defendant. | Case No.  1:25-cv-01767 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR EMERGENCY INJUNCTIVE RELIEF<br><br>(Docs. 3, 8) |

Rafael Salas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The complaint has not yet been screened.

On December 8, 2025, Plaintiff filed a motion to preserve evidence and for limited early discovery (emergency injunctive relief).  (Doc. 3.)  On December 12, 2025, the assigned magistrate judge issued findings and recommendations that recommended Plaintiff's motion for emergency injunctive relief be denied.  (Doc. 8.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (Doc. 8 at 3.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).  Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(c), this Court performed a de novo review of this

1

case.  Having carefully reviewed the matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.  The Findings and Recommendations issued on December 9, 2025 (Doc. 8) are **ADOPTED**.

2.  Plaintiff's motion for emergency injunctive relief, (Doc. 3), is **DENIED**.

IT IS SO ORDERED.

Dated:   **January 21, 2026**

UNITED STATES DISTRICT JUDGE

2